IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV -6 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:19-cr-268-HTW-FKB

JAMES F. ARRINGTON                               18 U.S.C. § 666(a)(1)(A)

**The Grand Jury charges:**

### COUNT 1
(18 U.S.C. § 666(a)(1)(A): Theft Concerning Programs Receiving Federal Funds)

From on or about January 1, 2016, through on or about December 31, 2016, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **JAMES F. ARRINGTON,** being an agent and employee of the City of Meridian, Mississippi (the "City"), aided and abetted by others unknown, did knowingly embezzle, steal, and obtain by fraud, and otherwise without authority knowingly converted to his own use, $13,461 in funds owned by and under the care, custody and control of the City, a local governmental entity which received in excess of $10,000 in federal funding during the one year period beginning January 1, 2016, all in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

### COUNT 2
(18 U.S.C. § 666(a)(1)(A): Theft Concerning Programs Receiving Federal Funds)

From on or about January 1, 2017, through on or about December 31, 2017, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **JAMES F. ARRINGTON,** being an agent and employee of the City of Meridian, Mississippi (the "City"), aided and abetted by others unknown, did knowingly embezzle, steal, and obtain by fraud, and otherwise without authority knowingly converted to his own use, $8,820 in funds owned by and under the care, custody and control of the City, a local governmental entity which received in

excess of $10,000 in federal funding during the one year period beginning ~~October 1, 2016~~, all in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 6th day of November, 2019

UNITED STATES MAGISTRATE JUDGE